THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
In the Interest of: David W.S.,
A Minor under the age of Seventeen,        Appellant. 
 
 
 

Appeal From Cherokee County
Wesley L. Brown, Family Court Judge

Unpublished Opinion No. 2004-UP-235
Submitted January 29, 2004  Filed March 31, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  The family court conducted 
 a hearing upon a juvenile petition that charged David W.S., a minor under the 
 age of seventeen, with petty larceny and three counts of grand larceny.  The 
 family court adjudicated David delinquent and committed him to the South Carolina 
 Department of Juvenile Justice for an indefinite period not to exceed his twenty-first 
 birthday.  David appeals, contending the family court erred in denying his motion 
 for directed verdicts.  His counsel attached to the final brief a petition to 
 be relieved as counsel, stating she had reviewed the record and concluded Davids 
 appeal was without merit.  David has not filed a pro se brief.
After a thorough review of the record on appeal 
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we grant counsels petition 
 and dismiss the appeal. [1] 
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.

 
 [1] We decide this case without oral argument 
 pursuant to Rule 215, SCACR.